**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
Criminal No. 26-102 (JRT/EMB)

UNITED STATES OF AMERICA,

      Plaintiff,

    v.
                                **MOTION TO UNSEAL**

AHMED OTHMAN KADAR

The United States of America hereby moves the Court for an order to unseal the Bench Warrant issued in the above-captioned matter (ECF No. 3).

The Indictment in this case was returned by the Grand Jury on May 20, 2026. A Bench Warrant for the defendant was issued later that day. Although the Indictment is not sealed, the Bench Warrant is. The government believes the defendant resides overseas. Unsealing the arrest warrant will allow the government to disclose it to international authorities to assist with extradition.

Based on the foregoing, the government respectfully requests that the Court issue an Order Unsealing the Bench Warrant as to Ahmed Othman Kadar.

Dated: June 17, 2026                      Respectfully submitted,

                                       DANIEL N. ROSEN
                                       United States Attorney

                                       */s/ Matthew C. Murphy*
                    BY:   Matthew C. Murphy
                                         Assistant United States Attorney