**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

                                         Criminal No. 26-102 (JRT/EMB)

                    Plaintiff,

v.

                                         **ORDER TO UNSEAL**

AHMED OTHMAN KADAR,

                    Defendant.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the government's Motion to Unseal the bench warrant for defendant Ahmed Othman Kadar (Docket No. [4]) is **GRANTED**, and the bench warrant (Docket No. [3]) is hereby **unsealed**.

DATED:  June 23, 2026                         _____/s/ John R. Tunheim_____
at Minneapolis, Minnesota.                          JOHN R. TUNHEIM
                                                United States District Judge